Eastern District of Kentucky
FILED
JUN 0 7 2005
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**LEXINGTON**

UNITED STATES OF AMERICA,  )
                           )
    Plaintiff,              ) Criminal Action No. 5:02-135-JMH
                           ) Civil Action No. 5:03-565-JMH
v.                         )
                           )
ANTHONY A. HAMMONS,         ) **MEMORANDUM OPINION AND ORDER**
                           )
    Defendant.              )

\*\*   \*\*   \*\*   \*\*   \*\*

This action is before the Court on the Report and Recommendation of Magistrate Judge James B. Todd [Record No. 91]. Said action was referred to the magistrate for the purpose of reviewing the merit of Defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 [Record No. 77]. Defendant has filed objections to the report and recommendation [Record No. 92]. This matter is now ripe for a decision.

Defendant challenges his May 29, 2003, conviction for knowingly possessing a firearm after having been convicted of a misdemeanor crime of domestic violence as described in 18 U.S.C. § 922(g)(9). As grounds for his motion Defendant asserts that his guilty plea was not knowingly and intelligently made and was without due process of law, and that he received ineffective assistance of counsel relating to his indictment and plea agreement. This Court has reviewed *de novo* the record in its entirety and adopts the procedural history and the analysis of

1

93

Magistrate Judge Todd's Report and Recommendation as the Court's own. Furthermore this Court agrees with the magistrate that Defendant's motion should be denied for the reasons set forth in the Report and Recommendation.

Accordingly, **IT IS ORDERED**:

(1) That the Report and Recommendation of the magistrate [Record No. 91] be, and the same hereby is, **ACCEPTED**; and

(2) That Defendant's motion [Record No. 77] be, and the same hereby is, **DENIED**.

This is the 7th day of June, 2003.



**Signed By:**

*Joseph M. Hood*  
**United States District Judge**

2